UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KEZIAH THAYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 5:19-cv-223 |
| LAURA KNOWLES, SUPERVISOR | ) |
| VERMONT DEPARTMENT FOR | ) |
| CHILDREN AND FAMILIES ("DCF"); | ) |
| KAREN SHEA, FORMER DEPUTY | ) |
| COMMISSIONER FOR THE DCF | ) |
| FAMILY SERVICES DIVISION ("FSD"); | ) |
| MONICA BROWN, DCF CASE | ) |
| WORKER; CHRISTOPHER CONWAY, | ) |
| DCF CASE WORKER; JENNIFER | ) |
| BURKEY, DCF - DISTRICT DIRECTOR, | ) |
| JACQUELINE PELL, DCF FAMILY | ) |
| SERVICES SUPERVISOR; SARAH | ) |
| KAMINSKI, DCF CASE WORKER, each | ) |
| in their individual capacities; KENNETH | ) |
| SCHATZ, COMMISIONER, DCF (in his | ) |
| individual and official capacities); JOHN | ) |
| W. DONNELLEY, individually; JOHN W. | ) |
| DONNELLY, PhD., PLLC; LUND | ) |
| FAMILY CENTER, INC.; CHRISTINE | ) |
| JOHNSON, DEPUTY COMMISSIONER | ) |
| of DCF, for the FSD; the VERMONT | ) |
| DEPARTMENT FOR CHILDREN AND | ) |
| FAMILIES; JUSTICES of the VERMONT | ) |
| SUPREME COURT and VERMONT | ) |
| CHIEF SUPERIOR JUDGE, in their official | ) |
| capacities, | ) |
| | ) |
| Defendants, | ) |

**ORDER REGARDING MOTIONS FOR EXTENSIONS OF TIME**
**(Doc. 191, 193)**

By motion, defendants sought two-week extensions to respond to a lengthy Second Amended Complaint. (Doc. 191, 193). Plaintiff does not consent. He seeks the 14 days to

respond to the motion for an extension provided by local rule – essentially the same time sought by plaintiffs. Rather than respond in a memorandum, plaintiffs have sent an email directly to chambers – doubling the work of the court in identifying their position.

Vermont practice encourages cooperation and consent to scheduling requests. The court has spent most of an hour untangling what should have been a stipulated motion. (Indeed, there was some initial misunderstanding between the parties about whether the request was opposed.) This is a waste of the parties' and the court's time. The court expects that requests for extensions will be routinely granted between the parties in future.

As requested by plaintiff, the court will wait the full response time (14 days) and the reply time (a second period of 14 days) before ruling on the motions for extension. The time for defendants to respond to the motion to dismiss is extended until the court issues a ruling on the pending motion for an extension of time to respond to the Second Amended Complaint.

Dated at Rutland, in the District of Vermont, this 1st day of July, 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court