# UNITED STATES DISTRICT COURT

for the
District of Vermont

| | |
|---|---|
| Keziah Thayer, Elam Thayer, Martha Thayer ) | |
| *Plaintiff(s)* ) | |
| ) | |
| v. ) | Civil Action No. 5:19-cv-00223 |
| ) | |
| Vermont Department of Children and Families, *DCF,* ) | |
| *in their official capacity,* et al. ) | |
| ) | |
| *Defendant(s)* ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 268) filed on January 19, 2024, defendants Monica Brown, Jennifer Burkey, Christopher Conway, Christine Johnson, Sarah Kaminski, Laura Knowles, Kenneth Schatz, Karen Shea, and Vermont Department of Children and Families' Motion for Summary Judgment (Document No. 230) is GRANTED. JUDGMENT is hereby entered in favor of the defendants Monica Brown, Jennifer Burkey, Christopher Conway, Christine Johnson, Sarah Kaminski, Laura Knowles, Kenneth Schatz, Karen Shea, Vermont Department of Children and Families against plaintiffs Keziah Thayer, Elam Thayer, and Martha Thayer.

Previously, defendants Justices of the Vermont Supreme Court and Vermont Chief Superior Judge were removed from the case pursuant to the Stipulation (Document No. 198) filed July 20, 2022. Defendant Lund Family Center, Inc., was DISMISSED pursuant to the Court's Order (Document No. 208) filed September 23, 2022 GRANTING the Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Motion for Judgment on the Pleadings (Document No. 179). Defendants John W. Donnelly and John W. Donnelly, Ph.D., PLLC were DISMISSED WITH PREJUDICE pursuant to the Court's Order (Document No. 218) filed February 16, 2023 GRANTING the Motion for Judgment on the Pleadings (Document No. 210).

Date: January 23, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

**JUDGMENT ENTERED ON DOCKET**
**DATE ENTERED:** 1/23/2024

*/s/ Sharrah J. LeClair*

*Signature of Clerk or Deputy Clerk*